.FILED

**United States District Court**
**Middle District of Florida**
**Ft Myers Division**

2017 JAN -4  AM 9: 58

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

| | |
|---|---|
| Daniel A. Bernath, | ) Case No. 2:16-cv-40FtM-29CM |
| | ) |
| plaintiff, | ) Plaintiff's Opposition to |
| | ) Defendants Shipley Motion to Dismiss |
| vs. | ) First Amended Complaint |
| | ) |
| youtube llc, Don Shipley, | ) |
| Carol Diane Blazer Shipley, | ) |
| ` | ) |
| defendants. | ) |

**Summary:**

1. This is a simple but appalling case. Defendants travel to Florida and elsewhere; attack and torment mentally ill people and veterans. They "ambush" them at their homes, restaurants, store parking lots, church meeting rooms and employment and does a "*confrontation*" "*ambush*" and "*assault*", accusing the mentally ill veterans of wearing militaria of which defendants disagree. Defendants then post these snuff videos onto the internet to get up to 2 million views on youtube and are paid by youtube for the millions of views.

   Now, they have their own website where they charge $10 a month to view these snuff videos as they torment veterans to suicide. They boast that 6 have died so far.

   These are the facts and it is as simple and as ghastly as that and has happened and is happening here in Fort Myers Florida. These are **new allegations** as these defendants have continued to commit torts against me.

   a. Any allegation which is mentioned previously is permitted here as a previous complaint was dismissed "WITHOUT PREJUDICE" to bring again. Any defects

were corrected and following that Order this Complaint is the result. Defendants can point to no error in pleading these causes of action and the facts which gave rise to them.

b. I am a disabled combat zone veteran and have given up the practice of law because of my mental deficits. That does not give defendants license to commit torts into 2017 against me nor does it block the Court from giving me opportunity to amend anything deficient in the complaint.

c. Defendants are insulting this Court. After first repeated perjuries to this Court, **Defendants are now forum shopping.** Defendants believe that they will get enhanced treatment in another courtroom and seek to have the instant judge dismissed.

d. Defendants seek to have this case consolidated with a case that was dismissed without prejudice to bring again. THIS is that case and no consolidation is necessary. To consolidate with a case that was dismissed is a *non sequitur*.

2. Defendants continue in their belief that as I am a 100% combat zone mental and physically disabled US Navy veteran that I may not seek redress for their many torts in this Court. **I make errors.** I have practiced civil law but had to give it up because of my mental deficits. I became inactive in the California Bar in 1996 and totally resigned last year. I continued to give advice in administrative law *pro bono publico* and did so for veterans until December 23, 2016.

You are the veteran

**Military Information:**
Your character(s) of discharge and service date(s) include:
Navy, Honorable, 14-Dec-1966 - 02-Jun-1970
(You may have additional periods of service not listed above)

**VA Benefits Information:**
Service-connected disability: Yes
Your combined service-connected evaluation is:  100 PERCENT
The effective date of the last change to your current award was:  01

3.    I will be 68 years old this year. If I made any error in the complaint then I will fix it. Because of my mental

deficits, caused by the service to our country, I do lose my right to protect myself and my family from these defendants and seek my remedies. The VA states that I get confused, forget names of family members, have gone to the wrong courthouse for trials and cannot handle stress like situations, such as practicing law. Again, this does not give defendants a license to tort. If I made an error in the pleadings I will correct it.

I have had other people read the complaint before filing and they report that it is coherent and understandable. I have read law review articles on each cause of action; I have read the United States Code annotated on each cause of action; I have read model complaints on cause of action. The facts are unique here but each cause of action exhibits a plain and simple statement to put defendants on Notice of their misconduct and what they will face before a jury.

4. Defendants continue to peddle the untruth that there is no private cause of action for their misdeeds. But it is black letter law that their repeated property damage to an aircraft at a Fort Myers, Florida, USA transportation facility is a civil wrong with a civil remedy

18 U.S. Code § 2333 - **Civil remedies** (a)Action and Jurisdiction.—**Any national of the United States** injured in his or her person, property, or business by reason of an act of international terrorism, or his or her estate, survivors, or heirs, **may sue therefor in any appropriate district court of the United States** and shall recover threefold the damages he or she sustains and the cost of the suit, including attorney's fees.

International terrorism is defined in § 2331 as activities that:

**(1) involve violent acts or acts dangerous to human life that violate a criminal law, (2) appear to be intended to intimidate a civilian population or influence government policy through threats**, and (3) occur primarily outside the US or otherwise "**transcend national boundaries.**"

5. In the instant case, defendants Shipley terrorize, through violent acts to intimidate Australians, subjects of the United Kingdom, Canada and the United States so as to influence government policy through threats and violence. First Amended Complaint Paragraph 53 and footnote five.

6. Defendants cite a case *Linda RS v Richard D* 410 US 614, 619 (1973) where a mother sued the State of Texas to force the District Attorney to prosecute the father of her child. The Supreme Court construed Art. 602 of the Texas Penal Code which has no private cause of action. In stark contrast to Art. 602 of the Texas Penal Code, the United States has black lettered a private cause of action against those defendants who commit these types of torts against private citizens.

7. It couldn't be clearer. Defendants have been dishonest again with this Court and the Court should consider a Rule 11 sanction against defendant for not providing the Court with 18 USC 2333 *et seq.* which disposes of their frivolous assertion.

8. **Once defendants file an answer then a Florida law firm will take this case** of Fort Myers attempted murder/battery/civil assault, sabotage/property damage, international and national terrorism, etc., to the jury. I am the only veteran victim of these defendants who have stood up to them as the other victims have all crumbled against their crimes. Indeed, one victim of these defendants, Ike Densmore, killed himself when defendants did to him what they are doing to me. Defendant Don Shipley stated that he "felt funny" that his terrorism and his urging others to torment Mr. Densmore led him to end the pain the Shipleys caused by killing himself. I didn't kill myself. I used the peaceful method to stop the Shipleys from this terrorism by filing a lawsuit and seeking a trial date.

9. Defendants state that I have filed a "*nearly* identical complaint'. That is untrue. Defendants continue to commit torts against me into 2017 and that is stated in the instant complaint.

10. They use these fudge words with the knowledge that defendants have continued to commit torts against me even up to New Years Day by terrorizing me by banging on my door at 4 am. They have continued to attempt to sabotage my aircraft and to show that they have been at my aircraft in their attempts have placed residue of their visits.

11. The Court has dismissed a previous complaint stating that I may bring it again. It was dismissed **without prejudice.** As such, I have elected to amend this complaint to address the issues that the judge has pointed out and expanded upon them. I did exactly what the judge said to do. I fixed what she said was deficient and then went forward with defendants' new bad acts which reach into 2017 in the instant complaint. There is no bar to bringing these causes of action as defendants continue to commit torts against me. (New York Day 2017, banging on door overnight Christmas morning, seizing substance in lock at gate)

12. Again, the judge said that it was "without prejudice" and that the case did not belong in her court. It belongs here to end this terrorism and for me to protect my family and collateral damage citizens of Ft Myers. All causes of action state facts which meet all the elements of the causes of action. Defendants can't point to any deficiencies because all elements are pled as are all relevant facts.

13. **DEFENDANTS' NEW MISCONDUCT:** Indeed, at the advice of the Fort Myers Port Authority Police I have installed new surveillance and hired private security forces to watch over me and my family at 1319 Kingswood Court, Ft Myers from these domestic and international terrorists. Fort Myers Port Authority has installed at least six new surveillance cameras and enhanced their security by taking out the gate which defendants likely used to

gain access to the airport to sabotage the aircraft and further added more barbed wire and
other measures to keep these saboteurs from conducting more deadly mischief at Page Field,
Ft Myers, Florida.

14. There was another action against these defendants and the judge ordered it dismissed without
prejudice to bring again. As defendants continue to commit torts against me, even to this
very day, then this action shall be the one that takes this case to trial.

15. Two law firms in Fort Myers have expressed interesting in conducting the trial on my behalf.
Do not want to substitute in now because defendants have unlimited money to file motion
after motion. Once the complaint is answered then I expect that one of these law firms will
take over the case. They have all expressed belief that the complaint is adequate and that I
will prevail at trial.

16. I have consulted 20 law review articles, reviewed 10 complaints on these causes of action
after those defendants filed demurrers. I have consulted the United States Code, the local
rules and the FRCP and am in compliance.

17. Defendants protest on the one hand that this Court has no **jurisdiction over them**. Then
Defendants protest that too many facts are presented in the complaint revealing the
jurisdiction of this Court. Defendants Shipleys sat they have little or no contacts with
Florida-a perjury by the Shipley defendants. But,

   a. Shipleys have an office in Florida,
   b. Shipleys have committed torts within Florida against Plaintiff,
   c. Shipleys regularly practice journalism within Florida,
   d. Shipleys regularly illegally practice private investigations within
      Florida,
   e. Shipleys draw customers from Florida,

```
 f. Shipleys sell trinkets inside of Florida,

 g. Shipleys seek medical consultations within Florida, etc.
```

**18.** Defendants are sued as individuals and their conduct is identical.   Defendants are "Extreme

Seal Experience" in that Don Shipley states "**I own Extreme Seal Experience**"

19. **DEFENDANTS' NEW MISCONDUCT Defendants' new theft of Plaintiff's**

**work/copyrighted photograph** October 13, 2016:

Defendants have stolen Plaintiff's work/photograph.   They have published it again after any

other Complaint was filed on it addressing defendants' earlier theft.   Defendants believe that

they can remove plaintiff's copyrighted work but then publish it again and thus escape

liability.   The instant complaint addresses the publication of my work/photograph that occurs

after any other similar but not identical complaint.   Defendants have stolen again, Plaintiff's

copyrighted work and published it on October 13th, 2016

20.     **DEFENDANTS' NEW MISCONDUCT:** Defendants personally or through their agents

("go up his nose""interface with him make his life hell" "beat" him have come to my home

at 0400 on Christmas Day and New Years Day January 1, 2017 and banged on my door at

0400.   I have removed the door bell because they were ringing the door bell in the middle of

the night.   These defendants have transmitted to their cult members:

```
I am going to be flying from DC down to Ft. Myers for Christmas (2016)
with family, rather our family in NYC and DC are all flying down to Ft.
Meyers so we can spend the holiday with other family members who already
live in the area. We may go pay Mr. Bernath a visit, (a friendly visit,
like a good Christian, would do), and try to get Bernath to repent of his
sins ;-) and to ask him to stop picking on people and trying to soil the
```

courts with his foolishness. I totally understand that as a disgraced attorney that the only way he has to hurt other people is his random lawsuits, where he looks like a blithering idiot, and his insane ranting demonstrates his deep disconnection from reality.

**I also have packets of documents, that will be mailed to everybody who lives within a certain radius of his home, and these documents will include a BOLO *(defendants have produced a Wanted Poster of Plaintiff)* for him, as he represents several threats to the community, and in this packet, there will be a suggestion that these neighbors approach him, and tell him to knock off his antics, and to stay away from their children, and it will discuss his production of pornography in his house, to include bestiality, and child pornography, and will tell then how to locate the websites that Bernath uses, and how to trace the origin of the images.**

21. **DEFENDANTS' NEW MISCONDUCT:** The Shipley defendants then echo to their cult members what they are saying in this motion:

If Bernath is harassing you by phone, or by computer, email, web posts, or other electronic means, it is a very serious criminal matter, and it is important that you procure a restraining order against him, and do it through the Federal Courts, and be sure to list/link all of the prior state and federal court room antics, and be sure to mention that **he has a history of violence against federal judges[1], and that is is (sic) a fugitive from justice.**

---

[1] 7 years ago a Circuit Court Judge in Oregon issued a restraining Order against a mentally ill ODAR administrative law judge after he attacked me at an elevator and sexually harassed several female employees inside and outside of ODAR court. The ALJ was suspended by the Merit Board for his many assaults on lawyers and employees and has since been pushed out of federal service. **tinyurl.com/zy38cs5**

22. **DEFENDANTS' NEW MISCONDUCT:** Also new is that defendants attempted to
    untie the aircraft so that the high winds of the recent hurricane would
    destroy the aircraft:

    "10/07/2016  17:41:27  Cranky Old Veteran, JD said....   This would be a
    **very, very bad time to live in either Ft. Meyers** or Tampa, as **extreme
    danger is lurking just to the south, and it will be unfortunate** if an
    **small potatoes amateur airplane was not properly lashed down as it could
    be lifted off the ground and flung out to sea (ideally with (plaintiff)
    Danny-boi in the pilot's seat).** The coconuts are about to start flying
    again."

    10/07/2016  18:40:00  CMB replied....**There be room in the stone garden
    (cemetery) for those Asshats."**

    10/07/201619:05:06marsh replied....Interesting **how the thought of how many
    people disappear in hurricanes** comes up at times like this."

23. *(The aircraft which I fly has been sabotaged at least four times by breaking the control*



*cables, smashing the propeller and
putting sand, water, etc., into the
fuel system so that it would lose
power and crash)*

24.     But defendants' new
misconduct is unique: I have noted
that the knots I have tied into the tie
downs so that the aircraft is secure

had been loosened so that a high wind or gust would move the aircraft into the support pillars
for the outdoor hanger or break loose, sending the entire aircraft into the other aircraft,
destroying two or more at one time. These aircraft usually have hundreds of gallons of fuel
in them in the hanger which could have caused the entire Bravo Hanger to burn, damaging
millions of dollars of property and putting the lives of the firefighters at risk to fight the fuel
fires. On the day of their planned sabotage by loosening and untying the mooring ropes the
wind was a strong 22 miles an hour with higher gusts of wind.

25.     Again, defendants attempt to deceive this Court by saying that it the instant complaint is
"largely" similar. That is not true. Here are examples of their most recent misconduct and

updates in the First Amended Complaint:  First Amended Complaint Para 13

· **13.  Plaintiff's showing of economic or reputational injury following directly from the deception and theft by Defendants:** Defendants and each of them have used Plaintiffs trademarks and realized revenue from such use. Defendant's acts of copyright infringement and acts of affirmative and widespread self promotion of the copies directed to the public at large have caused Plaintiff to suffer, and to continue to suffer, substantial damage to his business in the form of diversion of trade, loss of income and profits, and a dilution of the value of its rights.

14.    Further, as a direct result of the acts, Defendant has obtained direct and indirect profits that would not otherwise been realized but for the infringement of Plaintiff's copyrighted Subject Image (Photograph), video image and audio reproduction and apparel reproduction.  Plaintiff is entitled to disgorgement of Defendant's profits directly and indirectly attributable to said Defendants' infringement of the Photograph and other properties.

15.   Defendants did from prior to March 1, 2016 steal plaintiffs intellectual property by publishing on youtube LLC's publication. Thereafter, defendants and each of them published said plaintiff's property on their own web publication to garner viewers to their Pay Per View by Month enterprise, military style training camp and accessing military records to reveal past service.

16.      Defendants admit that said theft of plaintiff's property has benefited them greatly in that defendants state that they make $365,000 annually from the US Navy records checking business and $1,090,000 from the military training camp.

17.   **Plaintiff hereby pleads the reputational injury following directly from the deception and theft by Defendants:** On or about February 23, 2016, defendants consulted Plaintiff's United States Navy records and stated that attorney Daniel A. Bernath was **a dishonest person** in that he stated that he was in an Underwater Demolition Team.  Defendants did say that plaintiff was **a man with no honor.** Defendants did demand $20 from the persons to whom defendants defamed and disparaged plaintiff.

26.   **DEFENDANTS' NEW MISCONDUCT:** On or about October 15, 2015 defendants stated that what they had done to Plaintiff and his trade was **"aggressive"**

and that **"we issue internet ass-kickings"**, that Plaintiff had **"undeserved trust"** who did **"boost [his] resume"**, did **"intimidate and manipulate women"**, did **"con unsuspecting citizens out of money"** and that Plaintiff was a **"fraud."** The foregoing matter stated and published by defendants is incompatible with plaintiff's business, trade, profession, or office as attorney for veterans before the United States Department of Veterans Affairs.  The words of defendants contain an imputation that is necessarily hurtful in its effect upon plaintiff's business and does affect him in his particular trade or occupation as clients hire or shun from hiring an attorney who is not "honest" or has "no honor." Defendants' statements have a nexus and the skills and/or character required to carry out the particular occupation of plaintiff as attorney for clients before the US Department of Veterans Affairs.

27.  **DEFENDANTS' NEW MISCONDUCT:** On or about March 20, 2012 Don Shipley and all defendants did state about Plaintiff that **"climb ladders at work, profit from (lying about military units they were part of"** and that plaintiff **"push[es] other guys out of jobs."**

22  Defendants did state that they traveled to plaintiff's home and that plaintiff is a **"phony"** on or about November 2015.

25 On or about March 2, 2015, defendants stated that they would conduct a **"three state crime spree"** to disparage plaintiff and other victims.

28 On or about November 30, 2015 and December 1, 2015 defendants stated that attorney Bernath was **"disbarred."**

29 On or about November 30, 2015 and December 1, 2015, defendants stated that plaintiff **"hides behind"** and has a **"cheap law degree"**.

30 On or about November 30, 2015 and December 1, 2015 defendants state that
   plaintiffs **"only contribution to this nation was as a photographer with
   less that (sic) three and a half years on Naval Service."**

31 On or about November 30, 2015 and December 1, 2015 defendants stated that
   attorney Bernath was **"a clown who peers through the shutters in his filthy
   house, hides behind his wife…a runaway…deranged…"**

34 On or about November 30, 2015 and December 1, 2015 defendants stated that
   attorney Bernath was a **"cowards coward."**

36  On or about December 1, 2015 defendants stated that plaintiffs' legal
   work to defend veterans against him was **"despicable"** among other trade
   disparagements.

**DEFENDANTS' NEW MISCONDUCT:** Footnote Five evidencing defendants
international terrorism to influence legislation and citizens in the United
Kingdom, Canada, Austalian etc., to change their laws or for citizens to
forgo their lawful Free Speech Rights:  **CANADA PART TWO:** McLeod: **"One of them
said (Don Shipley) is going to kill me."**
**Don Shipley, "I'm going to kill you."** …
**Don Shipley "Oh Yeah.**
**Don Shipley Guys do it."**
**Don Shipley "They don't like that stuff."**
1:00 McLeod says he removed his speech and mutilated his body *because of the*
*death threats* from defendant Don Shipley at 324 Gallbush, Chesapeake,
Virginia to McLeod in Calgary, Canada.
 Shipley defendants publish: "Feb 13, 2015 Retired Navy SEAL Senior Chief Don
*Shipley* BLASTS Kevin McLeod of Calgary, Alberta, Canada and Peterborough,
Canada" "We're having a blast behind the scenes! Busting Fake SEALs, In the
Kitchen with Diane and Brandi, Ask Don and Diane shit and much more!"
$10 a month subscription."
5:17 **"I'm going to make it tough on you."**
6:22 **"At what point does your cowardly, chicken shit, fucking faggot Canadian
lying ass stand up and say 'I'm a jerk-off'?"**

1.  McLeod receives death threats starting that Don Shipley told them to
    kill McLeon because he put tattoos on his body of which the Shipley
    defendants disapproved. McLeon, **to save his life, mutilated his body** to
    accede to the demands of the Shipley defendant terrorists so that he would
    not be killed. https://www.youtube.com/watch?v=5P5TxoGhjoc or
    tinyurl.com/jon564m    93,145 views youtube.com    (Pursuant to Canada law,
    commemorative decorations are permitted but not misrepresenting that you
    earned honors not issued.  **"I did not tell anyone that I was a Navy Seal."**
    McLeod.   Therefore, McLeod did not violate Canada law but the Shipley
    defendants continued to terrorize Canadian McLeod with death threats to
    violate McLeod's right to Free Speech)

**118 DEFENDANTS' NEW MISCONDUCT: Defendants did repeatedly deliver and
place, an explosive or other lethal device in, into, or against a place of
public use, a state or government facility, a public transportation
system, or an infrastructure facility—(A) with the intent to cause death
or serious bodily injury, or (B) with the intent to cause extensive
destruction of such a place, facility, or system, where such destruction
is likely to result in major economic loss.** And defendants did also
attempt or conspires to commit said offense as defined in 18 U.S. Code §
2332f *et seq.*

124 Defendants also have located and entered the locked hanger which
protects said aircraft and left evidence of their burglary on or about
**December 16, 2016 and September 1, 2016** causing the Lee County Airport
Authority to install two new surveillance cameras which record any
movement around the locked doors protecting said aircraft at Page Field,
Ft Myers, Florida.

136 DEFENDANTS' NEW MISCONDUCT: The aircraft was repaired and returned to its
    ' outside "shade hanger" at Page Field, Fort Myers, Florida according to the
    FAA log book on July 24, 2016.

DEFENDANTS' NEW MISCONDUCT: Complaint footnote 14 The FAA certified Airframe
and Powerplant mechanic declared the tampering with the aircraft at the
public transportation facility, Page Field, was "*sabotage. (footnote One First
Amended Complaint)*"

FAA certified Airframe and Powerplant mechanic Shayne Morris employed the
word "sabotage" regarding the damage intentionally inflicted onto the
aircraft-not Plaintiff. Aircraft Sabotage (18 U.S.C. § 32); Amendments to 18
U.S.C. § 32 enacted in 1984 expand United States jurisdiction over aircraft
sabotage to include destruction of any aircraft in the special aircraft
jurisdiction of the United States or any civil aircraft used, operated or
employed in interstate, overseas, or foreign air commerce.
Violence At International Airports (18 U.S.C. 37) "a Federal crime, using any
device, substance or weapon, to intentionally perform an act of violence
against any person at an airport serving international aviation." US
Department of Justice, US Attorneys

136 However, and thereafter, the fuel line was severed causing the fuel to
    spill onto the hanger floor below the aircraft, to the floor of the
    workshop of Page Field and to other aircraft parking in the same hanger.
137 On August 11, 2016 FAA A&P certified mechanic Shayne Morris entered into
    the FAA required log book that he disassembled and cleaned the complete
    fuel system due to contamination. FAA certified mechanic Morris stated that the
    aircraft had been sabotaged.
138 Thereafter, plaintiff attempted to protect the aircraft by moving it to a different location at the airport away
    from its assigned location at the Bravo 35 "Shade hanger".
139 Thereafter, the aircraft again (for approximately the 4th time) had a foreign substance added to its fuel system
    and the entire fuel system was drained, parts destroyed by the sabotage were replaced and the aircraft was
    returned to its hanger on or about according to the FAA required aircraft log book on 10.14.2016.

140 DEFENDANTS' NEW MISCONDUCT: paragraph 153 Defendants' predicate acts include the following all occurring from on or about <u>January 2014 to present:</u>

    a. act of threat involving murder, arson as defendants attempted to murder plaintiff repeatedly and threatening to murder him personally and through agents, stating that they were coming for Plaintiff "Soon" to harm him and murder him,

    b.  Extortionate credit transactions, defendants setting up bank account in Plaintiffs name and Social Security Number at Norfolk Navy Federal Credit Union and then taking said money or attempting to take said money out said account;

    c.  fraud and related activities in connection with identification documents, obtaining Plaintiffs' name and social security number and at least twice illegal entering into and reviewing Plaintiff's confidential medical records before the United States Department of Veterans Affairs;

    d.  mail fraud, wire fraud, financial institution fraud, obtaining Plaintiffs identity, obtaining a loan at a financial institution in Plaintiff's name and credit and then withdrawing or attempting to withdraw this money from a financial institution;

    e.  obstruction of justice, obstruction of state of local law enforcement; making false statements to Chesapeake Law Enforcement Officers regarding Plaintiff so as to obstruct them in their duties;

    f. retaliating against a witness, victim or informant; Dallas Wittgenfeld, a Florida resident was threatened by Defendants if he testified against defendants;

g.  interference with commerce, use of interstate commerce
    facilities in commission of murder-for-hire, defendants did make
    an arrangement for payment to have Plaintiff murdered by having
    his aircraft sabotaged and thus to crash and kill Plaintiff any
    other persons at the interstate transportation facility, Page
    Field airport at Ft Myers Florida;

h.  criminal infringement of copyrighted material to increase
    defendants business and profit intake by publishing the
    copyrighted face of Plaintiff on T shirts and on videos to lure
    customers to give defendants money to attend his machine-gun fake
    training class and illegal private investigate business,

i.  relating to chemical weapons; defendants did introduce chemicals
    into the aircraft of Plaintiff so as to cause it to crash and
    burn at Ft Myers, Florida, Page Field,

j.  any act chargeable under State law and punishable by imprisonment
    for more than one year; defendants did attempt to murder
    plaintiff repeatedly, have criminally assaulted him, have defamed
    him, have invaded his home, privacy and curtilege.

First Amended Complaint Paragraph 179

**DEFENDANTS' NEW MISCONDUCT:** Defendants personally and by and through agents
did from on or about **December 2013 to November 18, 2016** defamed plaintiff, at
times contacting his neighbors, repeatedly stated that they were coming for
Plaintiff and it would be "soon", posting Wanted Posters in his neighborhood,
contacting bar associations, plaintiff's former law school urging they revoke
his degree, contacting fellow veterans at local Legion and Veterans of

Foreign War Posts urging that he be expelled, by making false claims against
·Plaintiff, among other defamations².

179. DEFENDANTS' NEW MISCONDUCT: On 4.13.2016, 4.18.2016, 4.19.2016 to 5.25.
2016, 9.24.2014 to 4.04.2016, defendants did falsely state to law
enforcement officers that Plaintiff has "stalked" Defendants and that he
violated a restraining Order.

180. DEFENDANTS' NEW MISCONDUCT: Said statements to police officers caused
Plaintiff to be arrested and incarcerated on or about **December 12, 2016**
and subjecting him to criminal prosecution as defendants sought to and
did "interface" with Plaintiff, "make his life Hell", "go up
(Plaintiff's) nose" and give him a "beating" and not for any legitimate
reason.

181. DEFENDANTS' NEW MISCONDUCT: Said statements to police officers caused
Plaintiff to be arrested and incarcerated on or about **December 12, 2016**
and subjecting him to criminal prosecution as defendants sought to and
did "interface" with Plaintiff, "make his life Hell", "go up
(Plaintiff's) nose" and give him a "beating" and not for any legitimate
reason.

182. DEFENDANTS' NEW MISCONDUCT: In November 2016 and set for December 2016,
Defendants did open a bank account at the Navy Federal Credit Union 1140
North Military Highway #820, Norfolk, Virginia 23502 using Plaintiff's
name and social security number and other personal information and then
set about to take money out of the account.

183. DEFENDANTS' NEW MISCONDUCT: In the month of November 2016, defendants
admit that they placed Plaintiff under surveillance at his home.

---

² November 18, 2016; Defendants defamed Plaintiff by stating to 3rd parties that
Plaintiff was having sex with another male in the courthouse men's room, is
mentally ill, has lost touch with reality and commits felony type crimes.

**184. DEFENDANTS' NEW MISCONDUCT:** Defendants admit that on or before **July 24,**
**2016 to present,** that they collect Plaintiff's trash[3] and go through it
to further invade Plaintiff's privacy and cause him emotional distress.

*185.* **DEFENDANTS' NEW MISCONDUCT:** Defendants admit that they have turned
Plaintiff into a *"special project"* to intentional inflict emotion
distress upon Plaintiff. *""*

*186.* **DEFENDANTS' NEW MISCONDUCT:** On July 27, 2016 Defendants have stated that
they will either kill Plaintiff or torment him to suicide, *"It ain't over*
*until the obituary is published, and the body (of Daniel A. Bernath) is*
*buried"*

**187. DEFENDANTS' NEW MISCONDUCT:** On or about July 25, 2016 defendants did
falsely swear that Plaintiff illegal contacted them so as to cause the

---

[3] Plaintiff has a duty to provide a "plain and simple" statement but also to demonstrate
to the Court that these heinous facts are plausible. Therefore, the exact words of
Defendants are presented in the instant complaint: July 24, 2016 Cranky Old
Veteran, JD said.... "For those kind readers of this forum who may wish to assist the
garbage collectors of Ft. Meyers with garbage collection and removal from the Bernath
residence (not including Danny-boi himself), they will find it helpful to know that he
**puts hs (sic) garbage out on Monday, and puts his recycling out on Wednesday,**
**and for $20 the garbage and recycling folks are more than happy to pick his up**
**and separate it from the other peoples, and given that several are veterans, they**
**are more than delighted to have been doing this for "quite a long time".**

Footnote 31 First Amended Complaint: Defendants are, "feeding
(thousands of documents about Plaintiff's former clients when he
practiced law) individually into Google in such a way they Bernath
will not be able to trace the point of insertion, and then E-Mailing
the documents to hundreds of his neighbors, the Americal (sic) Legion
Posts nationally, and all of the VFW posts nationally. The initial
goal will be to flood thousands of E-Mail addresses with documents"
"to distribute them over an extremely wide area so that Bernath ends
up spending the rest of his life chasing venues of this data, not ever
actually shutting down more the 1%"
and thus have caused retired lawyer Plaintiff severe emotional
distress.

State of Virginia or one of its political subdivisions to issue a Warrant
for Arrest for Plaintiff, thus to cause Plaintiff severe emotional
distress.

**188.** DEFENDANTS' NEW MISCONDUCT: From on or about December 2013 to present,
(and as late as the morning of October 3, 2016) Defendants personally and
by and through agents did invade Plaintiff's privacy and did enter onto
Plaintiffs curtilege and bang on the doors at 4 am and at other night
times so as to arouse from their sleep plaintiffs family and guests,
disbursed screws and nails in the driveway of Plaintiff's home and on the
patio where he eats breakfast, placed objects to show  that they had
entered Plaintiff's curtilege and therefore inside his home, and the new
locked hanger where the aircraft is now secured, put super-glue or some
other bonding substance into the locks Plaintiff has placed onto his
gates because of his fear of Defendants- all so as to cause Plaintiff
emotional distress.

Bernath will not be able to trace the point of insertion, and then E-Mailing
the documents to hundreds of his neighbors, the Americal (sic) Legion Posts
nationally, and all of the VFW posts nationally. The initial goal will be to
flood thousands of E-Mail addresses with documents" "to distribute them over
an extremely wide area so that Bernath ends up spending the rest of his life
chasing venues of this data, not ever actually shutting down more the 1%"
and thus have caused retired lawyer Plaintiff severe emotional distress.

Foonote 34 First Amended Complaint: [1] **These are the judge McHugh's words-not
Plaintiff's.**  The judge in Montgomery County Maryland stated, as he issued a
Peace Order against defendant Lilyea, after finding that Lilyea stating his
intentions to cross state lines to use a shotgun to blow off the knees of a
Congressman's Director victim:

> *"Lilyea is mad (insane)...you people are playing children's games and I
> think it is very immature and scary to me.*

*I think if you don't get into any more trouble on this one, you're going to get in trouble on <u>another one</u> because you think you're still in combat."* The judge issued the Peace Order against defendants' agent Jonn Lilyea and also ordered on October 15, 2013 for Lilyea to *"grow up." <u>Williams v. Jonn Lilyea</u>* Civ 06018PO43752013 Oct 15, 2013 Rockville Maryland The Hon. Dennis M. McHugh, P 108, 109, 110   **tinyurl.com/znkgbs7**

January 3, 2017  Daniel A. Bernath
1319 Kingswood Court
Fort Myers, Florida 33919
239 288 6034   luckyyorktown@gmail.com

## CERTIFICATE OF SERVICE

I certify that on January 3, 2017, I served the foregoing on interested parties by mailing in US Mail, first class, fully prepaid and addressed:

Paul A Giordano
Roetzel and Andress
2320 First Street, #1000
Fort Myers Florida 33901

Richard Ottinger
Vandeventer Black LLP
101 West Main Street
500 World Trade Center
Norfolk VA 23510

Martha Wong